■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN SULLIVAN, Appellant, v. EDWARD M. FAY, as Warden of Green Haven Prison, Respondent. — On the call of the calendar, on motion by respondent, appeal dismissed. Appellant failed to comply with an order of this court, dated December 27, 1961, requiring him to perfect his appeal for the April 1962 Term. Ughetta, Acting, P. J., Kleinfeld, Christ and Brennan, JJ., concur; Hopkins, J., not voting.

■ (A) ALBERT VALICENTI et al., Appellants, v. ANNE SCHULTZ et al., Respondents. (B) VILLAGE OF LARCHMONT, Respondent, v. ANNE J. LEVINE et al., Doing Business as LARCHMONT LODGE, Appellants. (C) STRATOS REALTY CORP., Appellant, v. S. A. HEALY CO., Respondent.— [In each action] Motion by respondent to dismiss appeal granted, with $10 costs; appeal dismissed. Beldock, P. J., Ughetta, Kleinfeld, Brennan and Hill, JJ., concur.

■ GEORGE ACCOMANDO et al., Appellants, v. JOSEPH J. JOHNKE, Respondent.— In an action to recover damages for personal injuries and property damage, plaintiffs appeal from an order of the Supreme Court, Nassau County, dated October 24, 1960, which granted defendant's cross motion to vacate the service of the summons and complaint upon him. Order affirmed, with $10 costs and disbursements. No opinion. Beldock, P. J., Kleinfeld, Christ, Brennan and Hopkins, JJ., concur.